# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3820

_____

Teresa Lynette Bloodman

*Plaintiff - Appellant*

v.

Rhonda Wood, Circuit Court Judge for the Twentieth Judicial District of Arkansas,
in her official and individual capacity; Cody Hiland, Individually and in his official
capacity as Prosecuting Attorney for the Twentieth Judicial District of Arkansas;
Joan Shipley, Individually and in her official capacity as Deputy Prosecuting
Attorney for the Twentieth Judicial District of Arkansas

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: June 17, 2013
Filed: June 24, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Teresa Bloodman appeals the district court's[1] with-prejudice dismissal of her civil complaint. We conclude that the district court did not abuse its discretion in determining that abstention would be appropriate under Younger v. Harris, 401 U.S. 37 (1971). See Plouffe v. Ligon, 606 F.3d 890, 892-93 (8th Cir. 2010) (Younger abstention doctrine provides that federal courts should abstain from exercising jurisdiction when (1) there is ongoing state proceeding, (2) which implicates important state interests, and (3) there is adequate opportunity to raise relevant federal questions in state proceeding). Accordingly, we modify the dismissal to be without prejudice, see Anderson v. Schultz, 871 F.2d 762, 766 (8th Cir. 1989) (dismissal without prejudice is appropriate where court abstains under Younger), and affirm the dismissal as modified. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.